

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00396-CV

**IN RE** John M. **DONOHUE**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-19-0000010
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Relator's Second Request for Time Extension to File Petition for Writ of Mandamus is hereby GRANTED. The Relator's Petition for Writ of Mandamus is due September 19, 2019.

It is so **ORDERED** on September 12, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court